# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Center for Biological Diversity, et al.<br><br>Plaintiffs,<br><br>v.<br><br>Deb Haaland, et al.,<br><br>Defendants,<br><br>and<br><br>Poly Met Mining, Inc.,<br><br>Intervenor Defendant. | Case No. 22-cv-181 (PJS/LIB)<br><br>**JOINT STIPIULATION EXTENDING PLAINTIFFS' AND INTERVENOR-DEFENDANT'S FILING DEADLINES** |

Counsel for Plaintiffs Center for Biological Diversity et al. and Intervenor Defendant Poly Met Mining, Inc. file this joint stipulation extending deadlines for Plaintiffs' Response to Intervenor Defendant's Motion to Dismiss and Intervenor Defendant's Reply in Support of its Motion to Dismiss. Plaintiffs' Response brief shall be due on or before June 27, 2022, and Intervenor Defendant's Reply shall be due on or before July 25, 2022.

Dated: May 11, 2022

*s/Allison N. Melton*
Allison N. Melton (CO Bar No. 45088) *admitted pro hac vice*
Center for Biological Diversity
P.O. Box 3024

1

Crested Butte, Colorado 81224
Phone: 970-309-2008
Email: amelton@biologicaldiversity.org

Collette L. Adkins (MN Bar No. 035059X)
Center for Biological Diversity
P.O. Box 595
Circle Pines, MN 55014-0595
Phone: 651-955-3821
Email: cadkins@biologicaldiversity.org

Eric Giltzenstein (District of Columbia Bar No. 358287) *admitted pro hac vice*
Center for Biological Diversity
1411 K St., N.W., Ste. 1300
Washington, D.C. 20005
Phone: (202) 262-5965
eglitzenstein@biologicaldiversity.org

Marc D. Fink (MN Bar No. 343407)
Center for Biological Diversity
209 East 7th Street
Duluth, Minnesota 55805
Phone: 218-464-0539
Email: mfink@biologicaldiversity.org

*Attorneys for Plaintiffs Center for Biological Diversity et al.*

**GREENE ESPEL PLLP**

*/s/Monte A. Mills*
Monte A. Mills, Reg. No. 030458X
Aaron P. Knoll, Reg. No. 0393066
222 S. Ninth Street, Suite 2200
Minneapolis, MN 55402
mmills@greeneespel.com
aknoll@greeneespel.com
(612) 373-0830

**VENABLE LLP**

Kathryn A. Kusske Floyd
(pro hac vice pending)
Jay C. Johnson
(pro hac vice pending)
600 Massachusetts Avenue, NW

Washington, DC 20001
kfloyd@Venable.com
jcjohnson@venable.com
(202) 344-4000

*Attorneys for Poly Met Mining, Inc.*