Allison N. Henderson (CO Bar No. 45088)
Center for Biological Diversity
P.O. Box 3024
Crested Butte, CO 81224
Phone: 970-218-4928
Email: ahenderson@biologicaldiversity.org
*Attorney for Plaintiffs*

## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY; SAVE LAKE SUPERIOR ASSOCIATION; SAVE OUR SKY BLUE WATERS; FRIENDS OF THE CLOQUET VALLEY STATE FOREST; and DULUTH FOR CLEAN WATER;<br><br>Plaintiffs,<br><br>v.<br><br>DEB HAALAND, SECRETARY OF THE INTERIOR; UNITED STATES FISH AND WILDLIFE SERVICE; UNITED STATES FOREST SERVICE; and UNITED STATES ARMY CORPS OF ENGINEERS,<br><br>Defendants,<br><br>and<br><br>POLY MET MINING, INC.,<br><br>Intervenor Defendant. | Case No. 22-cv-00181-PJS-LIB<br><br>**NOTICE OF CHANGE OF CONTACT INFORMATION** |

TO THE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD; PLEASE TAKE NOTICE: Plaintiffs Center for Biological Diversity et al. hereby give notice that Plaintiffs' attorney changed her last name from Melton to Henderson and her email address from amelton@biologicaldiversity.org to ahenderson@biologicaldiversity.org.  Her address and phone number remain the same.

Respectfully submitted this 21st day of December, 2022.

>*/s/ Allison N. Henderson*
> Allison N. Henderson
> CO Bar No. 45088
> Attorney for Plaintiffs
>
> Center for Biological Diversity
> P.O. Box 3024
> Crested Butte, Colorado 81224
> Phone: 970-309-2008
> Email: ahenderson@biologicaldiversity.org